**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| TRAVON THOMPSON,<br><br>        Petitioner,<br><br>        v.<br><br>SHERIFF HOOPS,<br><br>        Respondent. | Case No. CV 10-10006-MMM (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed all of the records and files herein, including the Report and Recommendations of the United States Magistrate Judge, and has conducted a *de novo* review of those portions of the Report and Recommendation to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation. It concludes, however, that because it lacks jurisdiction under *Lackawanna County District Attorney v. Coss*, 532 U.S. 394 (2001), and *Rose v. Lundy*, 455 U.S. 509 (1982), the dismissal must be without prejudice rather than with prejudice as Judge Goldman

recommended.

Dated: March 31, 2011

                         Margaret M. Morrow
                United States District Judge

2