JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TRAVON THOMPSON, | Case No.  CV 10-10006-MMM (MLG) |
| Petitioner, | |
| v. | JUDGMENT |
| SHERIFF HOOPS, | |
| Respondent. | |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated: March 31, 2011

Margaret M. Morrow
United States District Judge